David A. DiMarzio
Clerk of Court

**_UNITED STATES DISTRICT COURT_**
**_District of Rhode Island_**

Paulette J. Dube
Chief Deputy Clerk

CR-06-10015-NG

February 9, 2006

District Judge Mark L. Wolf
c/o Clerk's Office
5110 United States Courthouse
One Courthouse Way
Boston, MA 02210-3002

*Re: CR93-29T United States v. Shane B. Cardoza*

To Whom It May Concern:

Enclosed please find certified copies of the relevant documents from our file and a certified copy of the docket sheet. Please forward copies of these materials onto your Probation office for their records and supervision of Defendant Cardoza.

Should you have any questions, please contact me at the above reference number. Thank you in advance for your attention to this matter.

Very Truly Yours,

Ryan Jackson
Deputy Clerk

rj/
encl.